**Order entered August 2, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01526-CV

**CHRISTINE L. BLOW AND KENNETH A. BLOW, Appellants**

**V.**

**U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2006-11, AND SAMMY KNAPP, Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02930-2015**

## ORDER

Before the Court is appellee Sammy Knapp's July 31, 2017 motion for extension of time to file appellee's brief. We **GRANT** the motion and **ORDER** Mr. Knapp's brief filed on or before **August 30, 2017.**

/s/  CAROLYN WRIGHT
CHIEF JUSTICE